UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA K. SALSMAN, | ) | CASE NO. 5:23-cv-01051 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Amanda M. Knapp recommending that the Commissioner of Social Security's ("Commissioner") denial of Plaintiff Amanda K. Salsman's ("Plaintiff") application for disability insurance benefits be affirmed. (Doc. No. 11.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

Pursuant to Local Rule 72.2(b), the matter was referred to the magistrate judge for a report and recommendation. The R&R was issued on May 1, 2024, and specifically noted the timeline for stating objections and the possible consequence for failing to do so. (Doc. No. 11 at PageID 1047.)

Plaintiff has been represented by counsel throughout these proceedings. No objections to the R&R have been filed, and the deadline for doing so has passed. The failure to timely file written objections to a report and recommendation constitutes a waiver of *de novo* review by the

district court. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas*, 728 F.2d at 815.

The Court has reviewed the R&R and ADOPTS the same. Accordingly, the final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits is AFFIRMED. The case is DISMISSED.

**IT IS SO ORDERED.**

**Date**: May 28, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE